PER CURIAM.
Affirmed. See Heuring v. State, 513 So.2d 122 (Fla.1987); State v. Hogan, 451 So.2d 844 (Fla.1984); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); State v. Wells, 466 So.2d 291 (Fla. 2d DCA 1985); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
KELLY, VILLANTI, and LaROSE, JJ., Concur.